UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| STAFFORD D. JOHNSON, ) | | |
| ) | | SCANNED at ISP and Emailed on |
| PLAINTIFF, ) | | 3-2-23 by KWB - 44 pages |
| ) | | (date) (initials) (num) |
| v. ) | | |
| ) | CAUSE NO. | |
| ERIC HOLCOMB GOVERNOR ) | | 3:23-cv-177 |
| OF THE STATE OF INDIANA, ) | | |
| In his official capacity. ) | | |
| | | |
| INDIANA GENERAL ) | | |
| ASSEMBLY, in their official ) | | |
| capacity. ) | | |
| | | |
| CHRISTINA REAGLE ) | | |
| COMMISSIONER OF ) | | |
| INDIANA DEPARTMENT OF ) | | |
| CORRECTIONS, in her official ) | | |
| capacity. ) | | |
| | | |
| RON NEAL SUPERINTENDENT,) | | |
| OF INDIANA STATE PRISON ) | | |
| OUTSIDE, in his official capacity. ) | | |
| | | |
| INDIANA STATE PAROLE ) | | |
| BOARD, in their official capacity. ) | | |
| DEFENDANTS, ) | | |

MEMORADUM OF FACTS

Come NOW, Plaintiff, STAFFORD D. JOHNSON, files this pro se, and moves this Honorable Court to bring this Action for Mandate, in order to mandate the above named defendants to comply with the provisions set forth in the Indiana Code. I have filed with the Clerk of Courts of Adams County (3) copies and the aboved mention. Yet the trial court has NOT filed Petition on record only the attached. Receit: Legislative Services Agency; please review the following.