UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

STAFFORD D. JOHNSON,

    Petitioner,

    v.                              CAUSE NO. 3:23-CV-177-DRL-MGG

WARDEN,

    Respondent.

## ORDER

Stafford D. Johnson, a prisoner without a lawyer, initiated this case by filing a "Memorandum of Facts" that did not describe any facts or assert any valid claims. ECF 1. He was granted until April 14, 2023, to clarify the nature of this case, and he was cautioned that, if he did not respond by this deadline, this case would be dismissed without further notice. That date has passed, but Mr. Johnson has not filed a response. In sum, it appears that Mr. Johnson has abandoned this case.

For these reasons, the court DISMISSES this case.

SO ORDERED.

April 25, 2023                                        *s/ Damon R. Leichty*
                                                    Judge, United States District Court