AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

STAFFORD D JOHNSON
    Petitioner

v.   Civil Action No. 3:23-cv-177

WARDEN, *Indiana State Prison*
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____
recover from the defendant (*name*) _____
the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:   This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by   Judge Damon R Leichty

DATE:   4/26/2023           CHANDA J. BERTA, ACTING CLERK OF COURT

                                                            by   /s/ S. Kowalsky
                                                               *Signature of Clerk or Deputy Clerk*